# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE A. WILLIAMS, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>EUROMARKET DESIGNS, INC. DBA CB2 AND CRATE & BARREL AND CRATE & KIDS AND HUDSON GRACE; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-02932-MWC-MAR<br><br>**ORDER REMANDING MATTER TO STATE COURT (DKT. 49)**<br><br>**JS-6** |

# ORDER

Having considered the Stipulation between Plaintiff and Defendant to remand this matter, and good cause appearing therefor, the Court **REMANDS** the matter to Los Angeles County Superior Court.

**IT IS SO ORDERED.**

Dated: January 9, 2026

_____
Hon. Michelle Williams Court
United States District Judge